**EXHIBIT A**

# Aloia·Roland
# Lubell&Morgan
#### PLLC
## ATTORNEYS

2254 1st Street
Fort Myers, FL 33901
(239) 791-7950 Phone
(239) 791-7951 Fax

April 5, 2018

**Via Certified Mail 70161370000242144633**
Attn: Cathleen O'Daniel Morgan, Chairman
School Board of Lee County
2855 Colonial Boulevard
Fort Myers, Florida 33966

**Via Certified Mail 70161370000242144640**
Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399

**Via Certified Mail 70161370000242144657**
Attn: Principal Scott Cook
Riverdale High School
2600 Buckingham Road
Fort Myers, FL 33905

**Via Certified Mail 70161370000242144664**
Attn: Gregory Adkins, Ed.D., Superintendent
Lee County School District
2855 Colonial Blvd.
Fort Myers, FL 33966

Re: Our Client: Laurie Martin Giordano, as Personal Representative of the Estate of Zachary Martin-Polsenberg
    D/A: June 29, 2017
    Location: Riverdale High School
    DOB: ███████

### NOTICE OF INTENT TO INITIATE LITIGATION AND/OR
### CLAIM DAMAGES PURSUANT TO FLORIDA STATUTE §768.28

To Whom It May Concern:

This letter shall serve to supplement our prior letter dated March 7, 2018 (for your convenience, a copy is attached hereto). Pursuant to §768.28, Florida Statutes, notice is hereby given and simultaneously served upon the head of the agency concerned (i.e., School Board of Lee County, Lee County School District, Riverdale High School, and the Department of Financial Services).

This office represents Laurie Martin Giordano, individually, and as Personal Representative of the Estate of Zachary Martin-Polsenberg, in her claims against School Board of Lee County, Lee County School District, and Riverdale High School regarding the death of her son, Zachary Martin-Polsenberg. Laurie Martin Giordano has been appointed as Personal Representative of the Estate of Zachary Martin-Polsenberg in the Circuit Court for Lee County, Florida, in Case No. 18-CP-352. Enclosed are copies of the Order Appointing Personal Representative and Letters of Administration, both dated February 28, 2018.

As you are aware from prior correspondence, on June 29, 2017, Zachary Martin-Polsenberg suffered from heat related illness during the course of football practice at Riverdale High School, Fort Myers, FL and was negligently supervised by coaches and staff employed by Riverdale High School. Zachary

Martin-Polsenberg remained hospitalized from June 29, 2017 through the date of his death, July 10, 2017. The Death Certificate states the following cause of death: "Complications of Heat Stroke." Our investigation reveals that liability for the incident and the post-incident care, or lack thereof, rests with Lee County School District, School Board of Lee County and Riverdale High School. The harms, losses, and damages are a direct result of the schools negligent supervision and negligent post-injury care.

This letter shall serve as notice of our intent to claim all damages to be pursued by Laurie Martin Giordano, as Personal Representative of the Estate of Zachary Martin-Polsenberg, including all losses and damages suffered by Laurie Martin Giordano as natural mother and survivor of the decedent, all losses and damages suffered by James Polsenberg as natural father and survivor of the decedent, and all losses and damages suffered by Estate of the Zachary Martin-Polsenberg. Obviously, the losses include damages which are ongoing and will continue into the future.

The following information is provided pursuant to F.S. §768.28:

|  | Zachary Martin-Polsenberg, decedent |
|---|---|
| Place of Birth | ███ |
| Date of Birth | ███ |
| Social Security Number | ███ |

|  | Laurie Martin Giordano, natural mother of the decedent and survivor |
|---|---|
| Place of Birth | ███ |
| Date of Birth | ███ |
| Social Security Number | ███ |

|  | James Polsenberg, natural father of the decedent and survivor |
|---|---|
| Place of Birth | ███ |
| Date of Birth | ███ |
| Social Security Number | ███ |

Please be further advised there are no outstanding claims by the above referenced agency against our client. If we discovery information to the contrary we will advise you accordingly.

If you have general liability insurance, I would suggest that you turn this letter over to the insurance carrier and have them contact this office immediately. Otherwise, please have the individual handling this matter on behalf of your agency contact this office concerning this tragedy.

Finally, please let us know if you need any assistance in your effort to comply with Florida's law requiring your investigation and prompt handling of this matter. In that regard, please share with our office the results of any investigations you have done, including any other potential defendants and insurance carriers.

This Notice of Tort claim is intended to fully satisfy the requirements of Section 768.28, Florida Statutes, as a condition precedent to suit against School Board of Lee County, Lee County School District, and Riverdale High School. Should you believe this notice is deficient in either form or substance, kindly notify me in writing of the specific deficiency within 30 days of the date of this letter. Your failure to promptly notify me in writing of a deficiency shall be deemed an estoppel to a subsequent objection or affirmative defense based on the form or substance of said Notice of Tort Claim.

Should you need any additional information in order to properly evaluate this claim, please feel free to contact the undersigned.

Very truly yours,

/s/ Ty G. Roland

Ty G. Roland

TGR/ds

Enclosure: 3/7/18 notice letter, Order and Letters of Admin.

IN THE CIRCUIT COURT FOR LEE COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

File No. 18-CP-000352

ZACHARY TYLER MARTIN-POLSENBERG

Division

Deceased.

ORDER APPOINTING PERSONAL REPRESENTATIVE
(intestate — single)

On the petition of LAURIE ALICE GIORDANO for administration of the estate of ZACHARY TYLER MARTIN-POLSENBERG, deceased, the Court finding that the decedent died on July 10, 2017; and that LAURIE ALICE GIORDANO is entitled to appointment as Personal Representative pursuant to 733.301 Fla.Stat., and is qualified to be Personal Representative, it is

ADJUDGED that LAURIE ALICE GIORDANO is appointed Personal Representative of the estate of the decedent, and that upon taking the prescribed oath, filing the designation and acceptance of resident agent, and entering into bond in the sum of $_____$, letters of administration shall be issued.

ORDERED on _____, 2018.

The original of this document was signe

FEB 28 2018
by Keith R. Kyle
Circuit Court Judge

_____
Circuit Judge

IN THE CIRCUIT COURT FOR LEE COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

File No. 18-CP-0003352

ZACHARY TYLER MARTIN-POLSENBERG

Division

Deceased.

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, ZACHARY TYLER MARTIN-POLSENBERG, a resident of Lee County, Florida, died on July 10, 2017, owning assets in the State of Florida, and

WHEREAS, LAURIE ALICE GIORDANO has been appointed Personal Representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare LAURIE ALICE GIORDANO duly qualified under the laws of the State of Florida to act as Personal Representative of the estate of ZACHARY TYLER MARTIN-POLSENBERG, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

Ordered on _____, 2018.

The original of this document was signed

___FEB 2 8 2018___
Circuit Judge
by Keith R. Kyle
Circuit Court Judge

# Aloia·Roland
# Lubell&Morgan PLLC
## ATTORNEYS

2254 1st Street
Fort Myers, FL 33901
(239) 791-7950 Phone
(239) 791-7951 Fax

March 7, 2018

**Via Certified Mail 70161370000040820715**
Attn: Cathleen O'Daniel Morgan, Chairman
School Board of Lee County
2855 Colonial Boulevard
Fort Myers, Florida 33966

**Via Certified Mail 70161370000040820722**
Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399

**Via Certified Mail 70161370000040820739**
Attn: Principal Scott Cook
Riverdale High School
2600 Buckingham Road
Fort Myers, FL 33905

**Via Certified Mail 70161370000040820746**
Attn: Gregory Adkins, Ed.D., Superintendent
Lee County School District
2855 Colonial Blvd.
Fort Myers, FL 33966

Re:  Our Client: Laurie Martin Giordano, as Personal Representative of the Estate of Zachary Martin-Polsenberg
D/A: June 29, 2017
Location: Riverdale High School
DOB: ▓▓▓▓▓▓

## NOTICE OF INTENT TO INITIATE LITIGATION AND/OR CLAIM DAMAGES PURSUANT TO FLORIDA STATUTE §768.28

To Whom It May Concern:

Pursuant to §768.28, Florida Statutes, notice is hereby given and simultaneously served upon the head of the agency concerned (i.e., School Board of Lee County, Lee County School District, Riverdale High School, and the Department of Financial Services).

This office represents Laurie Martin Giordano, individually, and as Personal Representative of the Estate of Zachary Martin-Polsenberg, in her claims against School Board of Lee County, Lee County School District, and Riverdale High School regarding the death of her son, Zachary Martin-Polsenberg.

On June 29, 2017, Zachary Martin-Polsenberg suffered from heat related illness during the course of football practice at Riverdale High School, Fort Myers, FL and was negligently supervised by coaches and staff employed by Riverdale High School. Zachary Martin-Polsenberg remained hospitalized from June 29, 2017 through the date of his death, July 10, 2017. The Death Certificate states the following cause of death: "Complications of Heat Stroke." Our investigation reveals that liability for the incident and the post-incident care, or lack thereof, rests with Lee County School District, School Board of

Lee County and Riverdale High School. The harms, losses, and damages are a direct result of the schools negligent supervision and negligent post-injury care.

This letter shall serve as notice of our intent to claim all damages suffered by Laurie Martin Giordano, individually, and as Personal Representative of the Estate of Zachary Martin-Polsenberg. Obviously, the losses include damages which are ongoing and will continue into the future.

The following information is provided pursuant to F.S. §768.28:

|  | Zachary Martin-Polsenberg |
| --- | --- |
| Place of Birth | ███ |
| Date of Birth | ███ |
| Social Security Number | ███ |

Please be further advised there are no outstanding claims by the above referenced agency against our client. If we discovery information to the contrary we will advise you accordingly.

If you have general liability insurance, I would suggest that you turn this letter over to the insurance carrier and have them contact this office immediately. Otherwise, please have the individual handling this matter on behalf of your agency contact this office concerning this tragedy.

Finally, please let us know if you need any assistance in your effort to comply with Florida's law requiring your investigation and prompt handling of this matter. In that regard, please share with our office the results of any investigations you have done, including any other potential defendants and insurance carriers.

This Notice of Tort claim is intended to fully satisfy the requirements of Section 768.28, Florida Statutes, as a condition precedent to suit against School Board of Lee County, Lee County School District, and Riverdale High School. Should you believe this notice is deficient in either form or substance, kindly notify me in writing of the specific deficiency within 30 days of the date of this letter. Your failure to promptly notify me in writing of a deficiency shall be deemed an estoppel to a subsequent objection or affirmative defense based on the form or substance of said Notice of Tort Claim.

Should you need any additional information in order to properly evaluate this claim, please feel free to contact the undersigned.

Very truly yours,

/s/ Ty G. Roland

Ty G. Roland

TGR/ds

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- P[rint your] name and address on the reverse so [that we] can return the card to you.
- Attach [this] card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superintendent Adkins
Lee County School District
2855 Colonial Blvd.
Ft. Myers, FL 33966

9590 9402 3262 7196 2429 07

2. Article Number (Transfer from service label)

7016 1370 0002 4214 4664   poisoner[g]

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) Dawsky   C. Date of Delivery 4/6

D. Is delivery address different from item 1? ☑ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ [Registere]d Mail
☐ [Registered] Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Principal Scott Cook
Riverdale High School
2600 Buckingham Rd.
Ft. Myers, FL 33905

9590 9402 3262 7196 2611 06

2. Article Number (Transfer from service label)

7016 1370 0002 4214 4657   Polsenberg

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dept. Financial Services
200 East Gaines Street
Tallahassee, FL 32399

9590 9402 3262 7196 2610 90

2. Article Number (Transfer from service label)

7016 1370 0002 4214 4640

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Anta Bode
☐ Agent
☐ Addressee

B. Received by (Printed Name) Sarah Bodocker
Received by: DEPT OF FINANCIAL SERVICES
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   .00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Polsenberg

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X D. Dulsky  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) D. Valnsky   C. Date of Delivery 4/6 |
| 1. Article Addressed to:<br>Chairman Morgan<br>School Board of Lee County<br>2855 Colonial Blvd.<br>Ft. Myers, FL 33906 | D. Is delivery address different from item 1? ☑ Yes  ☐ No<br>If YES, enter delivery address below: |
| 9590 9402 3262 7196 2610 83 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...il Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1370 0002 4214 4633  Polsenberg | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |